# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fernando Roldan,<br>    Plaintiff,<br><br>        v.<br><br>The Park Bar and Grill, Inc.,<br>    Defendant. | Case No. CV 19-9562 DSF (JCx)<br><br>JUDGMENT |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to file a motion for default judgment as to defendant The Park Bar and Grill, Inc.,

    IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: March 30, 2020

                                                Dale S. Fischer
                                                United States District Judge